UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.

| | |
|---|---|
| InVue Security Products Inc., | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| Mobile Tech, Inc. d/b/a Mobile Technologies Inc. and MTI, formerly known as Merchandising Technologies Inc. | ) ) ) |
| | ) |
| Defendant(s). | ) |

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form needs to be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

_Invue Security Products, Inc._ who is _Plaintiff_
*(Name of Party)* *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   No

2. Does party have any parent corporations?
   No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
              No

   If yes, identify entity and nature of interest:


<u>s/ J. Mark Wilson                              </u>          <u>     July 19, 2016   </u>
Signature                                                   Date